IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : No. 5:25-mj-36 (CHW) |
| MONICA A. COOK, | : |
| | : |
| Defendant. | : |
| _____ | : |

### ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is the Defendant's Unopposed Motion to Continue Trial [Doc. 21] wherein Defendant requests a continuance of the pretrial hearing previously scheduled for October 20, 2025. The Government does not oppose a continuance. Defendant is charged in an information with stealing public money and was arraigned on May 19, 2025.

In the Motion, Defendant's counsel represents that the parties have been pursuing a resolution of this case by pretrial diversion. The Court finds that it is in the interests of justice to allow the parties additional time to pursue this resolution. Failure to grant a continuance could result in a miscarriage of justice.

Accordingly, Defendant's Motion to Continue Trial [Doc. 21] is **GRANTED**, and it is hereby ordered that the pretrial hearing in this case be continued to December 15, 2025, at 9:30 a.m., with trial to be scheduled as necessary thereafter. The delay

1

occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 21st day of October, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
